# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# Western Division

| | | |
|---|---|---|
| TIMOTHY WAYNE JOWERS, | ) | Case No. 5:18-cv-00336-FL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RIMKUS CONSULTING GROUP, INC., | ) | |
| Defendant. | ) | |

This matter comes before the Court on Plaintiff, Timothy Wayne Jowers, by and through Willis V. Jowers, III, administrator of the estate of Timothy Wayne Jowers, and Defendant, Rimkus Consulting Group, Inc.'s Joint Motion to Dismiss. Upon consideration of the Joint Motion to Dismiss.

It is hereby ORDERED, ADJUDGED and DECREED that the Joint Motion to Dismiss is GRANTED. Plaintiff's claims against Rimkus Consulting Group, Inc. in the above-captioned matter are hereby DISMISSED without prejudice, each side to bear its own costs.

This the 29th day of November, 2018.

_____
United Stated District Court Judge